UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN GRANDVILLE JARVIS, JR., | No. 2:15-cv-1608 DB P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| FELICIA PONCE,, | |
| Respondent. | |

Petitioner is a former federal prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The parties in this action have consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  A recent court order was served on petitioner's address of record and returned by the postal service because petitioner is no longer in custody.  It appears that petitioner has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.  More than sixty-three days have passed since the court order was returned by the postal service and petitioner has failed to notify the Court of a current address.

////

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.  See Local Rule 183(b).

Dated:  December 16, 2016

DB:8:jarvis1608.dismiss:orders.prisoner.habeas

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE